IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOEL K. BANGO,
    Petitioner,

vs.                                      Case No.  3:05cv466/RV/EMT

JAMES R. McDONOUGH,[1]
    Respondent.
_____/

**O R D E R**

       This cause is before the court on Respondent's answer (Doc. 12) to the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  Respondent seeks denial of the petition for writ of habeas corpus and cites authority in support of denial.  It now appears that the interests of justice would best be served by allowing Petitioner an opportunity to reply to the answer.

       Accordingly, it is therefore **ORDERED**:

       1.    The clerk of court is directed to change the docket to reflect that James R. McDonough is substituted for James Crosby as Respondent.

       2.    Petitioner shall reply to the answer (Doc. 12) within **TWENTY (20) DAYS** from the date of docketing of this order.

       **DONE AND ORDERED** this 14th day of March 2006.

                                                    */s/ Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**

---

[1] James R. McDonough succeeded James Crosby as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  *See* Fed. R. Civ. P. 25(d)(1).